| | |
|---|---|
| 1 | GEOFFREY A. HANSEN |
|   | Acting Federal Public Defender |
| 2 | HEATHER R. ROGERS |
|   | Assistant Federal Public Defender |
| 3 | 160 West Santa Clara Street, Suite 575 |
|   | San Jose, CA  95113 |
| 4 | Telephone:  (408) 291-7753 |
| 5 | Counsel for Defendant JOSE VALLADARES-AGUILAR |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-00421 DLJ |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [] |
| | ) | ORDER CONTINUING HEARING DATE |
| vs. | ) | |
| | ) | |
| JOSE VALLADARES-AGUILAR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION**

Defendant Jose Valladares-Aguilar, by and through Assistant Federal Public Defender Heather R. Rogers, and the United States, by and through Special Assistant United States Attorney Ann Marie E. Ursini, hereby stipulate that, with the Court's approval, the status hearing currently set for February 2, 2012, at 9:00 a.m., before the Honorable D. Lowell Jensen, shall be continued to February 23, 2012, at 9:00 a.m.

The reason for the requested continuance is that defense counsel was recently assigned to the case and requires additional time consult with Mr. Valladares-Aguilar regarding a proposed settlement. The parties therefore respectfully request a continuance to February 23, 2012, at 9:00 a.m.

1  The parties agree that the time between February 2, 2012, and February 23, 2012, may be
2  excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective
3  preparation of counsel.

5  Dated: February 1, 2012

6  _____/s/_____
   HEATHER ROGERS
   Assistant Federal Public Defender

8  Dated:  February 1, 2012          _____/s/_____
   ANN MARIE E. URSINI
9  Special Assistant United States Attorney

11  **[PROPOSED] ORDER**

12  GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY
13  ORDERED that the hearing currently set for February 2, 2012, at 9:00 a.m., before the
14  Honorable D. Lowell Jensen, shall be continued to February 23, 2012, at 9:00 a.m.
15  THE COURT FINDS that failing to exclude the time between February 2, 2012, and
16  February 23, 2012, would unreasonably deny counsel for the defendant reasonable time necessary
17  for effective preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. §§
18  3161(h)(7)(B)(iv).
19  THE COURT FINDS that the ends of justice served by excluding the time between
20  February 2, 2012, and February 23, 2012, from computation under the Speedy Trial Act outweigh
21  the interests of the public and the defendant in a speedy trial.
22  THEREFORE, IT IS HEREBY ORDERED that the time between February 2, 2012, and
23  February 23, 2012, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. §
24  3161(h)(7)(A) and (B)(iv).
25  //
26

1   　　IT IS SO ORDERED.

2   Dated: _____   _____
    　　　　　　　　　　HON. D. LOWELL JENSEN
3   　　　　　　　　　　United States District Court Judge

Stipulation and [] Order Continuing
Hearing, 11-00421 DLJ                    3